UNITED STATES DISTRICT COURT

DISTRICT OF NEW HAMPSHIRE

<u>Evelyn Morin, et al.</u>

    v.                       Civil No. 08-cv-00397-JL

<u>Creditors Interchange</u>
<u>Receivable Management, LLC</u>

**O R D E R**

The Preliminary Pretrial Conference was held in chambers on **November 21, 2008**.

The Discovery Plan (document no. 7) is **approved** as submitted.

The defendant will file an Amended Answer on or before **December 12, 2008**, which will include detailed admissions and denials, keeping in mind the applicable requirements and consequences under Rule 11.

Defendant's 14th affirmative defense is stricken with prejudice, as it has no basis in fact or law.

**SO ORDERED.**

_____
Joseph N. Laplante
United States District Judge

Dated:  November 21, 2008

cc:  Daniel Koslofsky, Esq.
     Stephanie Anne Bray, Esq.
     Robert A. McCall, Esq.